**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE MATTER OF: BEULAH AGBABIAKA MOTION FOR EXTENSION PURSUANT TO RULE 311 | : | No. 101 WM 2024 |
| | : | |
| | : | |
| | : | |

## DISSENTING STATEMENT

**JUSTICE WECHT**

Attorneys admitted to practice in this Commonwealth under Rule 311 of the Pennsylvania Bar Admission Rules are authorized to do so for a period of thirty months; extensions are available only "for good cause shown." Pa.B.A.R. 311(g). The applicant here having failed to explain why thirty months' notice was insufficient, I would decline to grant an extension of the deadline provided by our Rules.

Justice Mundy joins this dissenting statement.